STATE OF CONNECTICUT *v.* NELS GENE HOLMQUIST

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before June 30, 1976.

*William F. Gallagher,* special assistant state's attorney, for the appellee (state).

*Harold I. Gemeiner,* for the appellant (defendant).